UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TYRONE YOUNG** | **CIVIL ACTION** |
| **VERSUS** | **No. 14-708** |
| **DARREL VANNOY** | **SECTION I** |

## ORDER AND REASONS

The Court treats habeas petitioner Tyrone Young's ("Young") notice of appeal[1] as a request for a certificate of appealability ("COA"). The Court DENIES Young's request for a COA. For the reasons stated in this Court's prior order,[2] the Court perceives no arguable merit in Young's argument that 28 U.S.C. § 2244(b) only applies to habeas corpus petitions filed in capital cases.

New Orleans, Louisiana, August 1, 2016.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 7.
[2] R. Doc. No. 6.